**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAVID MAUS and MARK ORNSTEIN,**

        **Plaintiff,**

-vs-                             **Case No.  6:10-cv-1904-Orl-31DAB**

**JOHN PATRICK ENNIS,**

        **Defendant.**

_____

## ORDER

      This matter comes before the Court on the Motion for Summary Judgment (Doc. 23) filed

by the Defendant, John Patrick Ennis ("Ennis").  Ennis fails to provide a memorandum of legal

authority in support of his request, in violation of Local Rule 3.01(a), and the motion is subject to

denial on that basis alone.  In addition, the motion includes arguments that Ennis included in his

previous motion to dismiss (Doc. 12), which the Court already considered and rejected (Doc. 16).

Accordingly, it is hereby

      **ORDERED** that the Motion for Summary Judgment (Doc. 23) is **DENIED**.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on March 21, 2011.

                                   _____
                                    GREGORY A. PRESNELL
                               UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party