# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID MAUS and MARK ORNSTEIN,**

          **Plaintiff,**

-vs-                          Case No. 6:10-cv-1904-Orl-31DAB

**JOHN PATRICK ENNIS, aka THE HONORABLE DR. RABBI; SOLLOG IMMANUEL ADONAI-ADONI AKA GOD,**

          **Defendant.**

## ORDER

This matter comes before the Court on the Motion to Recuse (Doc. 41) filed by the Defendant. Upon consideration, it is hereby

**ORDERED** that said motion is **DENIED**. This court does not recognize the jurisdiction or authority of the "Supreme Council of the Temple of 'Hayah" to regulate the Court's conduct.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 19, 2011.

                                          GREGORY A. PRESNELL
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party