# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID MAUS and MARK ORNSTEIN,**

       **Plaintiff,**

**-vs-**                                            **Case No.  6:10-cv-1904-Orl-31DAB**

**JOHN PATRICK ENNIS,  a/k/a THE
HONORABLE DR. RABBI SOLLOG
IMMANUEL ADONAI-ADONI, a/k/a GOD,**

       **Defendant.**

_____

## ORDER

       This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR SUMMARY JUDGMENT (Doc. No. 37)** |
| **FILED:** | **May 2, 2011** |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice. Discovery in this matter is not set to close until August 1, 2011.  To the extent the arguments raised in the instant motion remain viable after the close of discovery, they may be renewed.

       **DONE** and **ORDERED** in Chambers, Orlando, Florida on June 10, 2011.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party