**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAVID MAUS and MARK ORNSTEIN,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　Case No. 6:10-cv-1904-Orl-31DAB

**JOHN PATRICK ENNIS, a/k/a THE**
**HONORABLE DR. RABBI SOLLOG**
**IMMANUEL ADONAI-ADONI, a/k/a GOD,**

        **Defendant.**

_____

# ORDER

This cause comes before the Court on Plaintiffs' Motion for Sanctions (Doc. No 35), filed April 19, 2011, and Plaintiffs' Motion to Strike Counterclaim and Third Party Claim (Doc. No. 61), filed July 8, 2011.

On August 17, 2011, the United States Magistrate Judge issued a report (Doc. No. 63) recommending that the motions be granted in part and denied in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

1.　　The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.　　The Motion for Sanctions, to the extent it seeks an order requiring Defendant to participate in this suit "in good faith," is **DENIED** as unnecessary for the reasons stated in the Report and Recommendation.  The Motion for Sanctions is otherwise **GRANTED** and Defendant is hereby admonished for his inappropriate conduct and advised that any future rudeness or

disrespect to counsel or the Court will be met with more severe sanctions, including but not limited to the imposition of monetary sanctions, the striking of his pleadings and the entry of a default judgment against him and, if warranted, the institution of civil or criminal contempt proceedings.

3. Plaintiffs' Motion to Strike Counterclaim and Third Party Claim is **GRANTED in part**. To the extent described in the Report and Recommendation, Defendant's pleading is inoperative and **STRICKEN** accordingly. Plaintiffs may respond to what remains in the counterclaim by September 16, 2011.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 7th day of September, 2011.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party