# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID MAUS and MARK ORNSTEIN,**

    **Plaintiff,**

-vs-                Case No. 6:10-cv-1904-Orl-31DAB

**JOHN PATRICK ENNIS, a/k/a THE HONORABLE DR. RABBI SOLLOG IMMANUEL ADONAI-ADONI, a/k/a GOD,**

    **Defendant.**

## ORDER

  This matter comes before the Court on the Motion for Reconsideration (Doc. 77) filed by the Defendant, John Patrick Ennis ("Ennis") and the response in opposition (Doc. 78) filed by the Plaintiffs, David Maus and Mark Ornstein ("Ornstein").

  Ennis seeks reconsideration of an earlier order (Doc. 74) denying his motion for summary judgment. The motion was based in part on Ennis's assertion that Ornstein's name appears on the "whois" registry for the domain names at issue, and that this establishes that Ornstein, rather than Ennis, owns them. As the Plaintiffs point out, the motion to reconsider does not include a memorandum of law, in violation of Local Rule 3.01(a). In addition, the Plaintiffs attach an affidavit from Ornstein (Doc. 78-1) in which he denies registration, ownership or control of these domains. Thus in addition to failing to provide any legal support for his motion, Ennis has failed to show that there is "no genuine dispute as to any issue of material fact," as required by Fed.R.Civ.P. 56. Accordingly, the motion will be denied.

In consideration of the foregoing, it is hereby

**ORDERED** that the Motion for Reconsideration (Doc. 77) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 17, 2011.

									_____
									GREGORY A. PRESNELL
									UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party