# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID MAUS and MARK ORNSTEIN,**

        **Plaintiff,**

-vs-                                  Case No. 6:10-cv-1904-Orl-31DAB

**JOHN PATRICK ENNIS, a/k/a THE HONORABLE DR. RABBI SOLLOG IMMANUEL ADONAI-ADONI, a/k/a GOD,**

        **Defendant.**

_____

## ORDER

        This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR SUMMARY JUDGMENT (Doc. No. 92)** |
| **FILED:** | November 18, 2011 |

**THEREON** it is **ORDERED** that the motion is **DENIED**. The arguments advanced in the Defendant's latest motion for summary judgment are patently frivolous and, in several cases, have already been rejected by this Court.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on November 22, 2011.

                                                      GREGORY A. PRESNELL
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Party