# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID MAUS and MARK ORNSTEIN,**

       **Plaintiff,**

-vs-                                        Case No. 6:10-cv-1904-Orl-31DAB

**JOHN PATRICK ENNIS, a/k/a THE HONORABLE DR. RABBI SOLLOG IMMANUEL ADONAI-ADONI, a/k/a GOD,**

       **Defendant.**

## ORDER

This matter comes before the Court *sua sponte*. The Court finds that mediation would not serve any useful purpose in this case. The parties are no longer obligated to engage in mediation, and David Luff is relieved of his appointment as mediator in this matter.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 30, 2011.

                                                    GREGORY A. PRESNELL
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party