**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAVID MAUS and MARK ORNSTEIN,**

        **Plaintiff,**

-vs-                        Case No. 6:10-cv-1904-Orl-31DAB

**JOHN PATRICK ENNIS, a/k/a THE HONORABLE DR. RABBI SOLLOG IMMANUEL ADONAI-ADONI, a/k/a GOD,**

        **Defendant.**

## ORDER

This matter comes before the Court on the Emergency Motion to Reset Mediation Conference (Doc. 97) filed by the Defendant. Earlier today, the Court *sua sponte* terminated the parties' obligation to mediate in this case and relieved the mediator of his appointment. Accordingly, it is hereby

**ORDERED** that the instant motion is **DENIED AS MOOT**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 30, 2011.

                                        GREGORY A. PRESNELL
                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party