# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID MAUS and MARK ORNSTEIN,**

        **Plaintiff,**

-vs-                                                  Case No. 6:10-cv-1904-Orl-31DAB

**JOHN PATRICK ENNIS, a/k/a THE HONORABLE DR. RABBI SOLLOG IMMANUEL ADONAI-ADONI, a/k/a GOD,**

        **Defendant.**

## ORDER

      This matter comes before the Court on the Special Motion to Chief Judge for Permission to File Motion to Recuse (Doc. 103) filed by the Defendant, John Ennis ("Ennis"). The Chief Judge has no authority to enter orders in this proceeding. Accordingly, the motion is **DENIED AS MOOT**.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on December 6, 2011.

                                                             GREGORY A. PRESNELL
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party