# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID MAUS and MARK ORNSTEIN,**

      **Plaintiffs,**

-vs-                                                    Case No. 6:10-cv-1904-Orl-31DAB

**JOHN PATRICK ENNIS, a/k/a THE HONORABLE DR. RABBI SOLLOG IMMANUEL ADONAI-ADONI, a/k/a GOD,**

      **Defendant.**

_____

## ORDER

On December 1, 2011, Magistrate Judge Baker entered a Report and Recommendation (Doc. 102), recommending that Plaintiffs' Motion for Sanctions Including Entry of Default Judgment and Dismissal of Counterclaim (Doc. 80) be GRANTED. Defendant filed timely objections to the Report (Doc. 105). Upon *de novo* review of the entire file, the Court overrules the Defendant's Objection. It is, therefore

**ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge is Confirmed and Adopted;

2. The Motion for Sanctions Including Entry of Default Judgment and Dismissal of Counterclaim is GRANTED.

3. Defendant's Answer to the Second Amended Complaint and Counterclaim (Doc. 59) is STRICKEN and DEFAULT is entered against Defendant. Plaintiffs shall file a motion for

entry of default judgment by January 6, 2012. The Motion for Extension of Time (Doc. 91) is DENIED as moot.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 16, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE