# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID MAUS and MARK ORNSTEIN,**

        **Plaintiffs,**

**-vs-**                                         **Case No. 6:10-cv-1904-Orl-31DAB**

**JOHN PATRICK ENNIS, a/k/a THE HONORABLE DR. RABBI SOLLOG IMMANUEL ADONAI-ADONI, a/k/a GOD,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO SET ASIDE DEFAULT JUDGMENT (Doc. No. 123)** |
| **FILED:** | March 16, 2012 |

**THEREON** it is **ORDERED** that the motion is **DENIED**. The motion is both premature and meritless.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 12, 2012.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Party