**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAVID MAUS and MARK ORNSTEIN,**

        **Plaintiffs,**

**-vs-**                                                 **Case No.  6:10-cv-1904-Orl-31DAB**

**JOHN PATRICK ENNIS, a/k/a THE**
**HONORABLE DR. RABBI SOLLOG**
**IMMANUEL ADONAI-ADONI, a/k/a GOD,**

        **Defendant.**

## ORDER

On March 16, 2012, Magistrate Judge Baker entered a Report and Recommendation (Doc. 122), recommending that Motion for Default Judgment (Doc. 110) be GRANTED IN PART. Defendant filed timely objections to the Report (Doc. 124).  Upon *de novo* review of the above, the Court finds no merit to the Defendant's objections, almost all of which have been raised and rejected several times previously.  As for the Defendant's contention that his *pro se* status entitles him to another opportunity to comply with this Court's orders before facing sanctions, there is no merit to it.  As thoroughly documented in the Report and Recommendation, Defendant received numerous warnings of the need to cure his misbehavior and the consequences if he failed to do so. The Defendant chose to ignore those warnings, and now those consequences are at hand.

It is, therefore

**ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge is Confirmed and Adopted as part of this order;

2. The Motion for Default Judgment is GRANTED IN PART and DENIED IN PART as set forth in the Report and Recommendation;

3. The Claims asserted by Plaintiff Mark Ornstein in Count I and by both Plaintiffs in Count III are DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE.

4. The Claim asserted in Count II IS DISMISSED.

5. Separate final judgments will be entered as to the remainder of Count I and Count IV.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 13, 2012.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party